IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

OLD WHITE CHARITIES, INC.,

   Plaintiff,

vs.

BANKERS INSURANCE, LLC,

   Defendant/Third Party Plaintiff,

vs.

ALL RISKS, LTD.,

   Third Party Defendant.

CASE NO. 5:17-CV-01375

## O R D E R

Pending before the Court is Old White Charities' ***Motion to Compel*** Bankers Insurance to respond to its discovery requests. (ECF No. 64). An informal in chambers conference on this matter is scheduled for Thursday, **April 26, 2018 at 2:00 p.m.** at the Elizabeth Kee Federal Building, 601 Federal Street, Bluefield, WV before the undersigned.

The Clerk is requested to send a copy of this Order to all counsel of record.

**ENTER: April 17, 2018**.

Omar J. Aboulhosn
United States Magistrate Judge