IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

OLD WHITE CHARITIES, INC.,

        Plaintiff,

                                     Case No. 5:17-cv-01375

v.

BANKERS INSURANCE, LLC,

        Defendant / Third-Party Plaintiff,

v.

ALL RISKS, LTD.,

        Third-Party Defendant.

## BANKERS INSURANCE, LLC'S MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant Bankers Insurance, LLC ("Bankers"), by counsel, respectfully requests that the Honorable Omar J. Aboulhosn withhold any decision regarding outstanding discovery issues pending resolution of Bankers' Motion for Expedited Oral Argument and its Motion for Summary Judgment on Collateral Estoppel and Res Judicata and to Stay Deadlines [Doc. 67.].  As set forth in the accompanying Memorandum of Law in support, Rule 26(c) and the unique circumstances of this case supports Bankers' request until this Court rules on Bankers' request for oral argument and to stay deadlines.  For this reason, this Court should grant Bankers' Motion for Protective Order.

Respectfully submitted,

**BANKERS INSURANCE, LLC**
By Counsel

/s/ Stuart A. McMillan
Stuart A. McMillan, Esq. (WVBN 6352)
Joshua A. Johnson, Esq. (WVBN 12247)
Bowles Rice LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, WV 25325-1386
Telephone: (304) 347-1110
Facsimile:  (304) 347-2867
smcmillan@bowlesrice.com
*Counsel for Bankers Insurance, LLC*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

OLD WHITE CHARITIES, INC.,

        Plaintiff,

                                        Case No. 5:17-cv-01375

v.

BANKERS INSURANCE, LLC,

        Defendant / Third-Party Plaintiff,

v.

ALL RISKS, LTD.,

        Third-Party Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2018, the foregoing **Bankers Insurance, LLC's Motion for Protective Order** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

David F. Nelson, Sr. (WVSB #5754)
HenDrickson & long, pllc
P.O. Box 11070
Charleston, WV 25339

Michael S. Levine (pro hac vice admission pending)
Lorelie S. Masters (pro hac vice admission pending)
Tae Andrews (pro hac vice admission pending)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
*Counsel for Plaintiff Old White Charities, Inc.*

James A. Varner, Sr. (WVSB #3853)
Debra Tedeschi Varner (WVSB #6501)
McNeer, Highland, McMunn and Varner, L.C.
Empire Building – 400 West Main Street
P. O. Drawer 2040
Clarksburg, WV  26302-2040
*Counsel for Third-Party Defendant All Risks, Ltd.*

        /s/ Stuart A. McMillan
        Stuart A. McMillan (WVSB #6352)
        Joshua A. Johnson (WVSB #12247)
        Bowles Rice LLP
        600 Quarrier Street
        Charleston, WV 25301
        Telephone: (304) 347-1110
        Facsimile:  (304) 347-2867
        smcmillan@bowlesrice.com
        *Counsel for Bankers Insurance, LLC*