IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

OLD WHITE CHARITIES, INC.,

        Plaintiff,

v.                                    CIVIL ACTION NO.   5:17-cv-01375

BANKERS INSURANCE, LLC,

        Defendant.

**JUDGMENT ORDER**

In accordance with the *Memorandum Opinion and Order* (Document 165) granting the Defendant's motion for summary judgment, the Court **ORDERS** that judgment be entered accordingly and that this matter be **DISMISSED** and **STRICKEN** from the docket.  To the extent the Plaintiff maintains a motion for sanctions before United States Magistrate Judge Omar Aboulhosn, the Court further **ORDERS** that the issue remain **PRESERVED** and that this Court retain jurisdiction for purposes of sanctions.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                              ENTER:        July 10, 2017

*(signature)*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA